No. 880. OAK WORSTED MILLS *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted, limited to the question of the validity and effect of § 611 of the Revenue Act of 1928. *Messrs. Theodore B. Benson* and *William Meyerhoff* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 881. TAFT WOOLEN Co. *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted, limited to the question of the validity and effect of § 611 of the Revenue Act of 1928. *Messrs. Theodore B. Benson* and *William Meyerhoff* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 887. LUCAS, COMMISSIONER, *v.* NATIONAL INDUSTRIAL ALCOHOL Co., INC. June 2, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Sewall Key, John G. Remey, Clarence M. Charest,* and *Robert L. Williams* for petitioner. *Mr. R. M. O'Hara* for respondent.

No. 892. POTTSTOWN IRON Co. *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Paul F. Mycrs* and *John R. Yates* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg, Messrs. Claude R. Branch, Charles R. Pollard,* and *Bradley B. Gilman* for the United States.